**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose Luis LUNA–GARCIA,**
**Defendant—Appellant.**

**No. 08–30471.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 5, 2009.

Joseph E. Thaggard, Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Jose Luis Luna Garcia, Adelanto, CA, pro se.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Jose Luis Luna–Garcia appeals pro se from the district court's order denying his motion for reduction or review of sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Luna–Garcia contends that the district court erred in denying his motion for a reduction of sentence and a review of sentence pursuant to 18 U.S.C. § 3582 and 18 U.S.C. § 3742. The district court properly concluded that it lacked authority to resentence him. *See United States v. Townsend,* 98 F.3d 510, 513 (9th Cir.1996) (per curiam).

To the extent that Luna–Garcia seeks relief pursuant to Fed.R.Crim.P. 33, this claim was also properly denied by the district court. *See* Fed.R.Crim.P. 33; *see also United States v. McKinney,* 952 F.2d 333, 336 (9th Cir.1991).

To the extent that Luna–Garcia challenges the district court's dismissal of his 28 U.S.C. § 2255 motion, we construe this as a motion to broaden the certificate of appealability, and deny the motion. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.